UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ZOYA COMPANY, et al., | : | Case No. 1:11-cv-1702 |
| Plaintiffs, | : | |
| vs. | : | Judge: Dan Aaron Polster |
| JULEP NAIL PARLOR COMPANY, | : | Declaration of Rebecca Isa |
| Defendant. | : | |
| | : | |
| | : | |

I, Rebecca Isa, declare that the following is true based upon my personal knowledge:

1.     On behalf of Zoya Company, I visited Julep Nail Parlor Company's website at www.julep.com to understand its functionality and to confirm that Ohio customers can continue to place online orders for Julep's nail polish products for shipment into Ohio.

2.     Julep maintains a website at www.julep.com where it advertises and sells the nail polish products that bear names that infringe Zoya's trademarks. A true copy of a printout from the home page of the Julep website as it appeared on November 2, 2011 is attached as **Exhibit A.**

3.     Julep maintains an online store on its website where any person with an internet connection can order any Julep nail polish product, including each of the nail polish products at issue in this case. When placing an order, the website allows customers to ship the goods to any address in the United States or Canada. A true copy of a printout from the checkout area of the online store, which Julep calls

"Your Shopping Bag," as it appeared on November 2, 2011 is attached as **Exhibit B**.

4.    Attached as **Exhibit C** is a true copy of a printout from the "Your Shopping Bag" of **Exhibit B** as it appeared on November 2, 2011, demonstrating that, by using a drill-down menu, Julep customers can choose to have their nail polish purchases shipped to Ohio ("OH") among the other U.S. states.

5.    Once a Julep customer is satisfied with her order, she clicks the "Check Out" button at the bottom of the page, which directs the customer to a page titled "Just a Few Steps." There, the customer enters her name, e-mail address, phone number, a username and password (to become a registered user of julep.com), shipping address, and billing address. At the bottom of the page, the customer enters her credit card or gift certificate information to pay for the order. Once the customer completes all required fields, she clicks "Check Out" to complete her order.

6.    On November 11, 2011, I visited the Julep online store and using the method described above, I placed an order for four different bottles of nail polish: Juliette, Kelly, Kim, and Salma. Those four products are among the polishes that carry names that infringe Zoya's trademarks.

7.    I paid for my order online by credit card and entered my Ohio address as my address, my billing address, and my shipping address.

8.    After completing my online order, I received a receipt from Julep that confirmed it had accepted my payment and would be shipping my order to Ohio. A true copy of that receipt is attached as **Exhibit D**.

9.      Attached hereto as **Exhibit E** is a true and accurate copy of a printout of the "Customer Registration" page from julep.com as it appeared on November 3, 2011. That page allows customers to register as a "Julep.com girlfriend" making it easier for customers to comment on their favorite polish and products and "super easy" for Julep to ship products to customers right away.

10.     Attached hereto as **Exhibit F** are true and accurate printouts from julep.com regarding Julep's "Julep Maven" program as it appeared on November 3, 2011. That page allows Ohio customers to register to become a Julep Maven whereby customers receive a customized style profile by responding to certain questions and Julep will personally select product to ship to the customer based on that profile.

11.     Attached hereto as **Exhibit G** is a true and accurate printout from julep.com's "Contact Us" web page as it appeared on November 2, 2011. That page shows how Ohio customers may register to receive e-mail updates from Julep regarding "the latest on color trends, celebrity sightings and new Julep products."

12.     Attached hereto as **Exhibit H** is a true and accurate printout from the "Julep in the News" link on julep.com as it appeared on November 2, 2011. That page shows that Julep and Julep products have been featured in Elle, Us Weekly, Lucky Magazine, Shape Magazine, Allure, and Fitness Magazine.

13.     Attached hereto as **Exhibit I** is a true and accurate printout from the Julep Blog on julep.com entitled "Celebrities LOVE Julep!" as it appeared on

November 2, 2011. That page includes a story detailing Julep's presence at the 2011 Oscar Awards.

14.     Attached hereto as **Exhibit J** is a true and accurate printout of Julep's Terms and Conditions for using julep.com as it appeared on November 2, 2011. Among the terms shown on that page, Julep saves and stores customers' credit or debit card information of its Julep Maven members for future charges and shipments.

15.     Attached hereto as **Exhibit K** is a true and accurate printout of Julep's Shipping information as it appeared on November 2, 2011. That page identifies Julep's shipping policy and terms for shipping its products in the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 14, 2011.

Rebecca Isa

Our Parlors

Our Parlors

close

- Parlor Locations
- Book an Appointment
- Parlor Events

 JULEP

Create your Julep.com account: Register.

Already a registered user? Login.
Shopping cart is empty.
Julep.com (877) 651-3292 :: Parlors (877) 585-3707

[        ]  [ Go ]

- Nail Color
- Mani & Pedi Care
- Great Gifts
- Julep Maven
- Our Blog





JULEP maven

Personalized recommendations and first dibs on our highly coveted limited edition nail colors. New each season first to you.

GET YOUR SIGNATURE COLOR >

Just $19.99 — over $40 — — FREE shipping — 20% off

As Seen in:

 



Maven Stories



EXHIBIT

A

ALL-STATE LEGAL®

**Shop with Us**

- Nail Color
- Mani & Pedi Care
- Great Gifts
- My Account
- Returns & Exchanges
- Shipping Information
- Terms & Conditions
- Privacy Policy

**Visit Us**

- Parlor Locations
- Parlor Events
- Parlor Menu ›
  - Hands
  - Feet
  - Upgrades
  - Add-On to Any Mani or Pedi
  - Face
  - Add-On to Any Facial
  - Waxing
- Book an Appointment
- Parlor Memberships
- Parlor Parties
- Parlor Gift Cards

**about Us**

- About Julep
- Meet Julep
- Powered by Girlfriends
- Julep Through Your Lens
- Contact Us
- Julep in the News
- Careers
- Share Julep with Your Girlfriends!

**About Julep**

We are a hand, nail and foot care brand with four boutique nail parlors in the Seattle area. Founded on the belief that beauty is a connection, not a competition, Julep was created to celebrate the bond between girlfriends and the beauty of the human spirit. We have created a line of the most effective, toxin-free "Mani & Pedi Care" products and the latest runway-inspired nail colors.  Learn More →

Connect on Facebook  Connect on Twitter

Like

Our Parlors

Our Parlors

close

- Parlor Locations
- Book an Appointment
- Parlor Events



JULEP

Create your Julep.com account: Register.

Already a registered user? Login.
1 item(s), Total: $15.33 View Cart
Julep.com (877) 651-3292 :: Parlors (877) 585-3707

| | Go |

- Nail Color
- Mani & Pedi Care
- Great Gifts
- Julep Maven
- Our Blog

# Your Shopping Bag

| Product | Price | Quantity | Tax | Total | Remove |
|---------|-------|----------|-----|-------|--------|
| ▮ Salma | $14.00 | 1 | 9.5% | $15.33 | Remove |
| | | Update | | | |

EXHIBIT

β

ALL-STATE LEGAL®

|  |  |  |
|---|---|---|
| **Sub-Total** | 1 units | $15.33 |
| **Discount / Promotional Code** | [____] Update | ($0.00) |
| **Gift Certificate / Voucher** | [____] Update | ($0.00) |
| **Shipping** | Destination Country UNITED STATES ▾ Choose Shipping Option Choose Shipping Opt ▾ Destination State Please Select ▾ | $0.00 |
| **Total** |  | $15.33 |

Check Out

As Seen in...








## Shop with Us

- Nail Color
- Mani & Pedi Care
- Great Gifts
- My Account
- Returns & Exchanges
- Shipping Information
- Terms & Conditions
- Privacy Policy

## Visit Us

- Parlor Locations
- Parlor Events
- Parlor Menu ▸
  - Hands
  - Feet
  - Upgrades
  - Add-On to Any Mani or Pedi
  - Face
  - Add-On to Any Facial
  - Waxing
- Book an Appointment
- Parlor Memberships
- Parlor Parties
- Parlor Gift Cards

## Meet Us

- About Julep
- Meet Julep
- Powered by Girlfriends
- Julep Through Your Lens
- Contact Us ·
- Julep in the News
- Careers
- Share Julep with Your Girlfriends!

## About Julep

We are a hand, nail and foot care brand with four boutique nail parlors in the Seattle area. Founded on the belief that beauty is a connection, not a competition, Julep was created to celebrate the bond between girlfriends and the beauty of the human spirit. We have created a line of the most effective, toxin-free "Mani & Pedi Care" products and the latest runway-inspired nail colors.  Learn More →

Connect on Facebook  Connect on Twitter

Our Parlors

Our Parlors

close

- Parlor Locations
- Book an Appointment
- Parlor Events



Create your Julep.com account: Register.

Already a registered user? Login.
1 item(s), Total: $15.33 View Cart
Julep.com (877) 651-3292 :: Parlors (877) 585-3707

| | Go |

- Nail Color
- Mani & Pedi Care
- Great Gifts
- Julep Maven
- Our Blog

# Your Shopping Bag

| Product | Price | Quantity | Tax | Total | Remove |
|---|---|---|---|---|---|
| ▬ Salma | $14.00 | 1 | 0% | $14.00 | Remove |
| | | Update | | | |

EXHIBIT

C

|  | 1 units | $14.00 |
|---|---|---|
| **Sub-Total** | | |

|  | | |
|---|---|---|
| **Discount / Promotional Code** | [    ] Update | ($0.00) |

|  | | |
|---|---|---|
| **Gift Certificate / Voucher** | [    ] Update | ($0.00) |

**Shipping**

Destination Country
[ UNITED STATES ▾ ]    $0.00
Choose Shipping Option
[ UPS (Ground) ▾ ]
Destination State
[ OH ▾ ]
Destination Zip/Postcode
[            ]
☑ Address is residential

| **Total** | | $14.00 |
|---|---|---|

**Check Out**



As Seen in..







## Shop with Us

- Nail Color
- Mani & Pedi Care
- Great Gifts
- My Account
- Returns & Exchanges
- Shipping Information
- Terms & Conditions
- Privacy Policy

## Visit Us

- Parlor Locations
- Parlor Events
- Parlor Menu ▸
  - Hands
  - Feet
  - Upgrades
  - Add-On to Any Mani or Pedi
  - Face
  - Add-On to Any Facial
  - Waxing
- Book an Appointment
- Parlor Memberships
- Parlor Parties
- Parlor Gift Cards

## Meet Us

- About Julep
- Meet Julep
- Powered by Girlfriends
- Julep Through Your Lens
- Contact Us
- Julep in the News
- Careers
- Share Julep with Your Girlfriends!

## About Julep

We are a hand, nail and foot care brand with four boutique nail parlors in the Seattle area. Founded on the belief that beauty is a connection, not a competition, Julep was created to celebrate the bond between girlfriends and the beauty of the human spirit. We have created a line of the most effective, toxin-free "Mani & Pedi Care" products and the latest runway-inspired nail colors.  Learn More →

Connect on Facebook Connect on Twitter

From: juleponline@julep.com
To: rebeccaisa@hotmail.com
Date: Sat, 12 Nov 2011 04:33:02 +1000
Subject: Your Julep Receipt

 JULEP™

P.O. Box 19523
Seattle, WA 98109
(877) 585-3707

**Invoice Date**
11-Nov-2011
**Invoice Number**
14646

**Customer:**
Rebecca Isa
rebeccaisa@hotmail.com

**Ship to:**
Rebecca Isa
30700 s woodland
pepper pike, oh 44124
UNITED STATES

**Bill to:**
30700 s woodland
pepper pike, oh 44124
UNITED STATES

| Product Code | Product | Description | Unit Price | Tax | Quantity | Total |
|---|---|---|---|---|---|---|
| 851833003474 | Juliette | | $14.00 | $0.00 | 1 | $14.00 |
| 851833003504 | Kelly | | $14.00 | $0.00 | 1 | $14.00 |
| 851833003511 | Kim | | $14.00 | $0.00 | 1 | $14.00 |
| 851833003610 | Salma | | $14.00 | $0.00 | 1 | $14.00 |

**Total Discounts Applied:** $0.00

**Shipping Cost:** $12.28

**Shipping Tax:** $0.00

**Grand Total:** $68.28

**Paid Already:** $68.28

**Outstanding:** $0.00

11/14/2011

EXHIBIT

D

ALL-STATE LEGAL®

At Julep we believe in the power of connection. How together, we resonate. How we inspire each other to be the best versions of ourselves. We are a community of women celebrating other women in unison, and that is beautiful.

Our Parlors

Our Parlors

close

- Parlor Locations
  Book an
- Appointment
- Parlor Menu
- Parlor Events


JULEP

Create your Julep.com account: Register.

Already a registered user? Login.
Shopping cart is empty.
Julep.com (877) 651-3292 :: Parlors (877) 585-3707

 Go

- Nail Color
- Mani & Pedi Care
- Great Gifts
- Julep Maven
- Our Blog

# Register

## Welcome!

Welcome to the Julep.com online shop! Becoming a Julep.com girlfriend makes it easier for you to comment on your favorite polish, blog posts and products. It also makes it super easy for us to ship to you right away.

* Required

## Your Information

First Name *

Last Name *

Email Address *


EXHIBIT
E
ALL-STATE LEGAL®

HomePhone

Home Address *

City *

State *

Zipcode/Postcode *

Country *    -- Select Country --

Username *

Password *

Confirm Password *

Enter Word Verification in box below *



☐  Subscribe to: Monthly Newsletter

Submit

As Seen In:

 



## Shop with Us

- Nail Color
- Mani & Pedi Care
- Great Gifts
- My Account
- Returns & Exchanges
- Shipping Information
- Terms & Conditions
- Privacy Policy

## Visit Us

- Parlor Locations
- Parlor Events
- Parlor Menu ▸
  - Hands
  - Feet
  - Upgrades
  - Add-On to Any Mani or Pedi
  - Face
  - Add-On to Any Facial
  - Waxing
- Book an Appointment
- Parlor Memberships
- Parlor Parties
- Parlor Gift Cards

## about Us

- About Julep
- Meet Julep
- Powered by Girlfriends
- Julep Through Your Lens
- Contact Us
- Julep in the News
- Careers
- Share Julep with Your Girlfriends!

## About Julep

We are a hand, nail and foot care brand with four boutique nail parlors in the Seattle area. Founded on the belief that beauty is a connection, not a competition, Julep was created to celebrate the bond between girlfriends and the beauty of the human spirit. We have created a line of the most effective, toxin-free "Mani & Pedi Care" products and the latest runway-inspired nail colors. Learn More →

Connect on Facebook Connect on Twitter

Our Parlors

Our Parlors

close

- Parlor Locations
  Book an
- Appointment
- Parlor Menu
- Parlor Events

 JULEP

Create your Julep.com account: Register.

Already a registered user? Login.
Shopping cart is empty.
Julep.com (877) 651-3292 :: Parlors (877) 585-3707

Go

- Nail Color
- Mani & Pedi Care
- Great Gifts
- Julep Maven
- Our Blog

# What is a Julep Maven?

- Maven Stories
- Julep Maven
- What is a Julep Maven?
- What are the Benefits?
- How Do I Become A Maven?
- Maven FAQs
- Contact the Maven Team

When we launch new products, we start out by creating beautiful sneak peek sets to send out to the top beauty editors and celebrity trendsetters across the country for their consideration and review.  And our girlfriends are always asking to sneak them an extra set.

Take the Style Quiz →

EXHIBIT

F

11/3/2011

Now they can - and so can you. We launched our new **Julep Maven** program to give all of our girlfriends access to the beauty editor **Sneak Peek Box** we create every month. As a Julep Maven, you will have access to the hottest trends in nail color and the latest Mani Care and Pedi Care products - delivered right to your doorstep, just like the beauty editors do. And you'll have access to these trends and products **before anyone else.**

We know that tailoring and customizing each editor delivery is critical to gaining her attention and enthusiasm, so every **Sneak Peek Box** we send you will be tailored to your needs and preferences. Just take our fun and easy Julep Maven Style Quiz to help us understand your style profile.

Then each month, we'll send you an email to let you know what we've curated for you in your customized beauty editor Sneak Peek Box. If you don't like what you see, you can request another "shelf pull."

Or choose to send your Sneak Peek Box to a girlfriend as a gift - every month's set comes beautifully packaged and ready to gift.

Welcome to VIP treatment - because your opinion matters to us. YOU are our favorite beauty editor!

**Which magazine beauty editor's style are you most like? Take our Julep Maven Style Quiz to find out! Click Here**

As Seen In...

  



Maven Stories

## Shop with Us

- Nail Color
- Mani & Pedi Care
- Great Gifts
- My Account
- Returns & Exchanges
- Shipping Information

- Terms & Conditions
- Privacy Policy

## Visit Us

- Parlor Locations
- Parlor Events
- Parlor Menu ▸
  - Hands
  - Feet
  - Upgrades
  - Add-On to Any Mani or Pedi
  - Face
  - Add-On to Any Facial
  - Waxing
- Book an Appointment
- Parlor Memberships
- Parlor Parties
- Parlor Gift Cards

## about Us

- About Julep
- Meet Julep
- Powered by Girlfriends
- Julep Through Your Lens
- Contact Us
- Julep in the News
- Careers
- Share Julep with Your Girlfriends!

## About Julep

We are a hand, nail and foot care brand with four boutique nail parlors in the Seattle area. Founded on the belief that beauty is a connection, not a competition, Julep was created to celebrate the bond between girlfriends and the beauty of the human spirit. We have created a line of the most effective, toxin-free "Mani & Pedi Care" products and the latest runway-inspired nail colors.  Learn More →

Connect on Facebook Connect on Twitter

Our Parlors

Our Parlors

close

- Parlor Locations
  Book an
- Appointment
- Parlor Menu
- Parlor Events

 JULEP

Create your Julep.com account: Register.

Already a registered user? Login.
Shopping cart is empty.
Julep.com (877) 651-3292 :: Parlors (877) 585-3707

Go

- Nail Color
- Mani & Pedi Care
- Great Gifts
- Julep Maven
- Our Blog

# Julep Maven

- Maven Stories
- Julep Maven
- What is a Julep Maven?
- What are the Benefits?
- How Do I Become A Maven?
- Maven FAQs
- Contact the Maven Team

**Welcome to VIP treatment - because your opinion matters to us.
YOU are our favorite beauty editor!**

**Become a Julep Maven to get beauty editor treatment and style!**

**Your customized beauty editor Sneak Peek Box:**

Being a Maven, gives you exclusive **access to COLOR**!  You get it first, and YOU decide how often you want to receive your beauty editor Sneak Peek Box
You receive **over $40** worth of trendsetting polish colors and cutting-edge treatment products each month customized in a gift-able Sneak Peek Box
Each Sneak Peek Box features new, **never before released colors** and treatments **FIRST** to you, before anyone else
Your box also includes hits and **cult favorites** - the products we like to keep on the top of editors' minds

**20% off** all julep.com purchases
**FREE shipping** on ALL your purchases
Each box also comes with a **surprise and delight** element- something to look forward to!
Receive additional membership perks throughout the year

**Which magazine beauty editor's style are you most like? Take our Julep Maven Style Quiz to find out! Click Here**

As Seen In...

 



**Shop with Us**

- Nail Color
- Mani & Pedi Care
- Great Gifts
- My Account

Case: 1:11-cv-01702-DAP  Doc #: 7-2  Filed: 11/14/11  24 of 59.  PageID #: 258

- Returns & Exchanges
- Shipping Information
- Terms & Conditions
- Privacy Policy

## Visit Us

- Parlor Locations
- Parlor Events
- Parlor Menu ▸
  - Hands
  - Feet
  - Upgrades
  - Add-On to Any Mani or Pedi
  - Face
  - Add-On to Any Facial
  - Waxing
- Book an Appointment
- Parlor Memberships
- Parlor Parties
- Parlor Gift Cards

## about Us

- About Julep
- Meet Julep
- Powered by Girlfriends
- Julep Through Your Lens
- Contact Us
- Julep in the News
- Careers
- Share Julep with Your Girlfriends!

## About Julep

We are a hand, nail and foot care brand with four boutique nail parlors in the Seattle area. Founded on the belief that beauty is a connection, not a competition, Julep was created to celebrate the bond between girlfriends and the beauty of the human spirit. We have created a line of the most effective, toxin-free "Mani & Pedi Care" products and the latest runway-inspired nail colors.  Learn More →

Connect on Facebook Connect on Twitter

Our Parlors

Our Parlors

close

- Parlor Locations
  Book an
- Appointment
- Parlor Menu
- Parlor Events

 JULEP

Create your Julep.com account: Register.

Already a registered user? Login.
Shopping cart is empty.
Julep.com (877) 651-3292 :: Parlors (877) 585-3707

Go

- Nail Color
- Mani & Pedi Care
- Great Gifts
- Julep Maven
- Our Blog

# How Do I Sign Up?

- Maven Stories
- Julep Maven
- What is a Julep Maven?
- What are the Benefits?
- How Do I Become A Maven?
- Maven FAQs
- Contact the Maven Team

### Becoming a Julep Maven is easy, quick, and fun!

#### 1. Take the Julep Maven Style Quiz

#### 2. View your Style Profile and personal beauty editor Sneak Peek Box

**3. Create a Login**

**4. Place your Order**

**5. Now YOU are a Julep Maven!**

The process will only take a moment of your time and membership is hassle-free and risk-free with no commitment.  Simply take our Julep Maven Style Quiz to tell us more about yourself and we'll determine which style of magazine editor you most resemble.  You will instantly view your Style Profile and your customized beauty editor Sneak Peek Box that contains personally selected products that best compliment your unique look.  All there is left to do is simply create a login and place your order- we'll take care of the rest! We'll put together and send out your first exclusive, personally customized, Julep Maven Sneak Peek Box in the mail.

**Which magazine beauty editor's style are you most like? Take our Julep Maven Style Quiz to find out! Click Here**

As Seen In...






**Shop with Us**

- Nail Color
- Mani & Pedi Care
- Great Gifts
- My Account
- Returns & Exchanges
- Shipping Information
- Terms & Conditions
- Privacy Policy

**Visit Us**

- Parlor Locations
- Parlor Events
- Parlor Menu ▸
  - Hands
  - Feet
  - Upgrades
  - Add-On to Any Mani or Pedi
  - Face
  - Add-On to Any Facial
  - Waxing
- Book an Appointment
- Parlor Memberships
- Parlor Parties
- Parlor Gift Cards

## about Us

- About Julep
- Meet Julep
- Powered by Girlfriends
- Julep Through Your Lens
- Contact Us
- Julep in the News
- Careers
- Share Julep with Your Girlfriends!

## About Julep

We are a hand, nail and foot care brand with four boutique nail parlors in the Seattle area. Founded on the belief that beauty is a connection, not a competition, Julep was created to celebrate the bond between girlfriends and the beauty of the human spirit. We have created a line of the most effective, toxin-free "Mani & Pedi Care" products and the latest runway-inspired nail colors.  Learn More →

Connect on Facebook  Connect on Twitter

Our Parlors

Our Parlors

close

- Parlor Locations
- Book an Appointment
- Parlor Events



Create your Julep.com account: Register.

Already a registered user? Login.
Shopping cart is empty.
Julep.com (877) 651-3292 :: Parlors (877) 585-3707

[　　　　　　　　　　] Go

- Nail Color
- Mani & Pedi Care
- Great Gifts
- Julep Maven
- Our Blog

# About Us

- About Julep
- Meet Julep
- Powered by Girlfriends
- Julep Through Your Lens
- Contact Us
- Julep in the News
- Careers
- Share Julep with Your Girlfriends!

**General Inquiries**





We're going to be part of a club we can't wait to belong to.  Start a dialog. Get lost in it, Get found.
We will be the stories we tell.
The women we want to be.

**By Phone**

Parlors: 1-877-585-3707
Julep.com: 1-877-651-3292

**By Email**

Julep Maven
maven@julep.com

Bellevue
bvparlor@julep.com

Gig Harbor
ghparlor@julep.com

Downtown Seattle
seaparlor@julep.com

University District
udparlor@julep.com

# Contact Us

Thanks for your interest in Julep! At Julep we believe in the power of connection. How together, we resonate. How we inspire each other to be the best versions of ourselves. We are a community of women celebrating other women in unison.  And that is beautiful. We would love to hear from you. Please feel free to send us a message!

## We Want to Hear from You!

* Required

Title [MS          ▼]

First Name *

Last Name *

Email Address *

Reason for contacting us *

Your Message

Type the letters that appear in the image *



Submit

## Powered by Girlfriends

We are proud to turn $1 from every Julep Nail Vernis bottle purchased into fuel that powers girlfriends.   We'd love to hear your ideas on where to focus our Powered by Girlfriends efforts.

## Connect with Us

Sign up and get $5 off your first order!  Receive the latest on color trends, celebrity sightings and new Julep products.

* Required

Full Name

Email Address *

Zip *

Type the letters that appear in the image *



Subscribe

Julep | Contact Us

As Seen In...

Lucky magazine   Us   InStyle   O THE OPRAH MAGAZINE

allure



Maven Stories

## Shop with Us

- Nail Color
- Mani & Pedi Care
- Great Gifts
- My Account
- Returns & Exchanges
- Shipping Information
- Terms & Conditions
- Privacy Policy

## Visit Us

- Parlor Locations
- Parlor Events
- Parlor Menu ▸
    - Hands
    - Feet
    - Upgrades
    - Add-On to Any Mani or Pedi
    - Face
    - Add-On to Any Facial
    - Waxing
- Book an Appointment
- Parlor Memberships
- Parlor Parties
- Parlor Gift Cards

## about Us

- About Julep
- Meet Julep
- Powered by Girlfriends
- Julep Through Your Lens
- Contact Us
- Julep in the News
- Careers
- Share Julep with Your Girlfriends!

## About Julep

We are a hand, nail and foot care brand with four boutique nail parlors in the Seattle area. Founded on the belief that beauty is a connection, not a competition, Julep was created to celebrate the bond between girlfriends and the beauty of the human spirit. We have created a line of the most effective, toxin-free "Mani & Pedi Care" products and the latest runway-inspired nail colors.  Learn More →

Connect on Facebook  Connect on Twitter

Our Parlors

Our Parlors

close

- Parlor Locations
- Book an Appointment
- Parlor Events



JULEP

Create your Julep.com account: Register.

Already a registered user? Login.
Shopping cart is empty.
Julep.com (877) 651-3292 :: Parlors (877) 585-3707

[          ]  Go

- Nail Color
- Mani & Pedi Care
- Great Gifts
- Julep Maven
- Our Blog

# Meet Us

- About Julep
- Meet Julep
- Powered by Girlfriends
- Julep Through Your Lens
- Contact Us
- Julep in the News
- Careers
- Share Julep with Your Girlfriends!

# Julep in the News

We're going to be part of a club we can't wait to belong to.  Start a dialog. Get lost in it, Get found.
We will be the stories we tell.
The women we want to be.

EXHIBIT

H

ALL-STATE LEGAL®

## Helena and Amy featured on the Elle It List!

"**Blue Raspberry:** Julep Nail Vernis in Helena (magenta with a splash of pomegranate) and Amy (opaque Mediterranean blue) brightens tips with a glossy candy-shell coat."  Elle, October 2011



**Julep's Spring Time Natalie featured in Us Weekly!**





**Julep Nail Colors featured in May edition of Lucky Magazine**



Julep Nail Colors: Jennifer, Mandy and Helena are featured in the "Give Back" section in the May

edition of Lucky Magzine!  Here is what Lucky had to say about Julep: "This Seattle brand is famous for its toxin-free formulations- and we love the clever peekaboo packaging!"  Bonus: 50% of the profits will be donated to <u>The White Ribbon Alliance for Safe Motherhood</u> (promoting safe pregnancies around the world.

## Julep Nail Parlor Named a "Hot Spot" from Shape Magazine

Julep Nail Parlor was chosen as a "Look Great-Eco Chic Hot Spot" in the Shape Magazine April edition!  "Head to one of the four locations of this cozy, yet luxurious salon for healthier manis and pedis.  There're performed with all-natural lathers, lotions, and polishes free from formaldehyde, toluene, and parabens..."



## Julep in Allure's Directory of Top Manicures & Pedicures!

April Edition of Allure: "With its bright lighting and mood orange chairs, this downtown salon is cheerfully trendy"



## Amy is featured in Us Weekly's Spring Trends!

Spring Trends to Try:  Jessica Simpson and other stars are mad for blue manis.  "Lighter shades look girlie while periwinkles are edgy." Check out Julep's selection of <u>trend worthy blues</u>.



## Julep Essential Cuticle Oil featured in Fitness Magazine!

Julep Essential Cuticle Oil was featured in February's Fitness Magazine in the "Get Gorgeous, Best Buys" section!  "Roll almond oill-laced Julep Essential Cuticle Oil around nails to mend frays.  Tester says: My cuticles were softer after just a few days!"



As Seen In...

**Lucky** magazine   **US** WEEKLY   **InStyle**   **O** THE OPRAH MAGAZINE

**allure**


Maven Stories

## Shop with Us

- Nail Color
- Mani & Pedi Care
- Great Gifts
- My Account
- Returns & Exchanges
- Shipping Information
- Terms & Conditions
- Privacy Policy

## Visit Us

- Parlor Locations
- Parlor Events
- Parlor Menu ›
  - Hands
  - Feet
  - Upgrades
  - Add-On to Any Mani or Pedi
  - Face
  - Add-On to Any Facial
  - Waxing
- Book an Appointment
- Parlor Memberships
- Parlor Parties
- Parlor Gift Cards

## about Us

- About Julep
- Meet Julep
- Powered by Girlfriends
- Julep Through Your Lens
- Contact Us
- Julep in the News
- Careers
- Share Julep with Your Girlfriends!

## About Julep

We are a hand, nail and foot care brand with four boutique nail parlors in the Seattle area. Founded on the belief that beauty is a connection, not a competition, Julep was created to celebrate the bond between girlfriends and the beauty of the human spirit. We have created a line of the most effective, toxin-free "Mani & Pedi Care" products and the latest runway-inspired nail colors.  Learn More →

Connect on Facebook  Connect on Twitter

Our Parlors

Our Parlors

close

- Parlor Locations
- Book an Appointment
- Parlor Events

 JULEP™

Create your Julep.com account: Register.

Already a registered user? Login.
Shopping cart is empty.
Julep.com (877) 651-3292 :: Parlors (877) 585-3707

[ ] Go

- Nail Color
- Mani & Pedi Care
- Great Gifts
- Julep Maven
- Our Blog

# Julep Blog

## Latest Posts

Our Favorite Manicure Trends of 2011

Jane's Beauty Tip

Julep Quick-Fix Beauty Roundtable!

Congrats Julep Servant Leaders!

Julep Facial for Hands Glycolic Scrub and Julep Everyday SPF SPF 30

Julep is Powered by Girlfriends!

Girls Night In!

Check out Jane on New Day Northwest!

Celebrities LOVE Julep!

## Tags

celebrities (2)

girlfriends (4)

 EXHIBIT I

nail care (2)

nail polish (3)

New Product (2)

Powered by Girlfriends (4)

**Looking for Jane?**

Our founder's blog offers Tuesday Tips, Parenting advice and more at www.seejaneparkrun.com

**Julep Anti-Aging Mani Care Set for Moms**

Everything mom needs to strengthen her nails and protect them from painful hangnails and signs of aging. Includes Julep Nail Growth Revitalizing Serum, Julep Nail Therapy and Jennifer Nail Vernis. Honor your mom while protecting moms everywhere:  5% of proceeds from this set go to support the White Ribbon Alliance for Safe Motherhood.

# Celebrities LOVE Julep!

Susie Nalivka - Monday, April 18, 2011



Julep was at the Oscars this year! At this year's Oscar gift lounge, we mingled with the celebs, provided on-site manicures and shared our great new Nail Growth and Revitalizing Serum and Oscar-inspired nail colors. We debuted our groundbreaking Julep Nail Growth Revitalizing Serum and Julep Nail Therapy, and the response was fabulous! We learned that even the beautiful and fashion-forward actresses encounter the same everyday nail problems that we do--dry brittle nails, ridges and slow nail growth--and they were so excited to try new products that will make their nails and manicures more beautiful. Our Oscar nail color lineup included the following award-winning gals: Natalie, Annette, Amy, Helena and Jennifer. Everyone loved our polish bottles and the vibrant, beautiful colors inside.

Our Amy Nail Vernis was a personal favorite of Cloris Leachman, who encouraged everyone to pick the smoky turquoise for their manicures! Dendrie Taylor was looking for a neutral on her nails and Kelly, our expert vernisseur, shared our Whitney Nail Vernis with her for a modern take on neutral. The grey-beige color looked stunning on her! Natasha Henstridge and her husband got couples manicures--it was so cute! Natasha was still deciding on her dress--between modern white or elegant, long black dresses, so we thought our Catherine Nail Vernis would be the perfect, classic red for either dress. Choosing nail colors for all of the stars was fun, but it was also great to share our Powered by Girlfriends initiative. Emanuelle Chriqui, Kelly Rutherford, Nicole Ari Parker and Jennifer Finnigan are just a few of the celebs that loved Powered by Girlfriends and want to partner with us. So exciting! Stay tuned for future Powered by Girlfriends causes chosen by our new celebrity friends.

Comments (2) | Trackbacks (0) | Permalink

## girl talk

Anonymous
commented on 21-Apr-2011 11:50 AM
Great first blog post!
You or me??? We dunno):
commented on 01-Oct-2011 03:12 PM
I know, awesome!

## join the conversation



Name (optional)

Email Address (optional)

Your comment

Enter Word Verification in box below



Submit

Trackback Link
http://www.julep.com/BlogRetrieve.aspx?BlogID=6969&PostID=214576&A=Trackback

Trackbacks
Post has no trackbacks.

As Seen In...

Lucky *magazine*    Us *WEEKLY*    InStyle    O *THE OPRAH MAGAZINE*

allure



Maven Stories

## Shop with Us

- Nail Color
- Mani & Pedi Care
- Great Gifts
- My Account
- Returns & Exchanges
- Shipping Information
- Terms & Conditions
- Privacy Policy

## Visit Us

- Parlor Locations
- Parlor Events
- Parlor Menu ▸
    ◦ Hands
    ◦ Feet
    ◦ Upgrades
    ◦ Add-On to Any Mani or Pedi
    ◦ Face
    ◦ Add-On to Any Facial
    ◦ Waxing
- Book an Appointment
- Parlor Memberships
- Parlor Parties
- Parlor Gift Cards

Case 1:11-cv-01702-DAP  Doc #: 7-2  Filed: 11/14/11  44 of 59.  PageID #: 278

## about Us

- About Julep
- Meet Julep
- Powered by Girlfriends
- Julep Through Your Lens
- Contact Us
- Julep in the News
- Careers
- Share Julep with Your Girlfriends!

## About Julep

We are a hand, nail and foot care brand with four boutique nail parlors in the Seattle area. Founded on the belief that beauty is a connection, not a competition, Julep was created to celebrate the bond between girlfriends and the beauty of the human spirit. We have created a line of the most effective, toxin-free "Mani & Pedi Care" products and the latest runway-inspired nail colors.  Learn More →

Connect on Facebook  Connect on Twitter

Our Parlors

Our Parlors

close

- Parlor Locations
- Book an Appointment
- Parlor Events

 JULEP

Create your Julep.com account: Register.

Already a registered user? Login.
Shopping cart is empty.
Julep.com (877) 651-3292 :: Parlors (877) 585-3707

[ Go ]

- Nail Color
- Mani & Pedi Care
- Great Gifts
- Julep Maven
- Our Blog

# Terms and Conditions

Last Updated: March 2011

These are the terms of use ("Terms of Use") for your use of services or features on the sites owned and controlled by Julep Nail Parlor Company ("Julep"), including www.julep.com (the "Site"). We may add additional Sites from time to time as we expand our beauty offerings and these Terms of Use will govern those new Sites when added. You may be accessing our Sites from a computer or mobile device (through an iPhone application, for example) and these Terms of Use govern your use of our Sites and your conduct, regardless of the means of access. You may be using our interactive services ("Interactive Services"), such as our Julep Blog community forum, Ratings & Reviews (the "RR Service"), the Question & Answer service (the "Q&A Service") or our photo submission program ("Julep Through Your Lens") and these Terms of Use govern your use of those Interactive Services.

We also like to interact with you on third party sites where we post content or invite your feedback, such as www.facebook.com/julep, www.twitter.com/julep, and www.youtube.com/julep ("Third Party Sites"). Our Terms of Use and other areas of our Sites provide guidelines ("Guidelines") and rules and regulations ("Rules") in connection with our Interactive Services, including services that involve Third Party Sites, but Julep does not control those Third Party Sites, and these Terms of Use, our Guidelines and our Rules do not apply to companies that Julep does not own or control, or to the

EXHIBIT
J
ALL-STATE LEGAL®

actions of people that Julep does not employ or manage. You should always check the terms of use posted on Third Party Sites.

By using the Sites, you signify your agreement to these Terms of Use, our Privacy Policy and our Guidelines and Rules, whether or not you have read them. If you do not agree with any of these, you should not use our Sites.

Julep reserves the right to change or modify any of the terms and conditions contained in the Terms of Use, Guidelines and Rules at any time, without notice and in its sole discretion. If Julep decides to change these Terms of Use, Julep will post a new version on the Sites and update the date set forth above. Any changes or modifications to these Terms of Use, Guidelines or Rules will be effective upon posting of the revisions. Your continued use of the Sites following posting of any changes or modifications constitutes your acceptance of such changes or modifications and if you do not agree with these changes or modifications, you must immediately cease using the Sites. For this reason, you should frequently review these Terms of Use, our Guidelines and Rules and any other applicable policies, including their dates, to understand the terms and conditions that apply to your use of the Sites.

Copyright
All design, text, graphics, logos, button icons, images, audio and video clips, the selection and arrangement thereof, and all software on the Sites is Copyright (c) 2007-2011 Julep Nail Parlor Company, ALL RIGHTS RESERVED. The compilation (meaning the collection, arrangement and assembly) of all content on the Sites is the exclusive property of Julep and protected by U.S. and international copyright laws. All software used on the Sites is the property of Julep or its software suppliers and is protected by U.S. and international copyright laws. Permission is granted to electronically copy and to print in hard copy portions of the Sites for the sole purpose of placing an order with Julep, using the Interactive Services or using the Sites as a shopping resource. Any other use of materials on the Sites--including reproduction for purposes other than those permitted above, modification, distribution, republishing, transmission, display or performance--without the prior written permission of Julep is strictly prohibited.

Trademarks
Julep.com and all page headers, custom graphics and button icons are service marks, trademarks, and trade dress of Julep and may not be used in connection with any product or service that is not offered by Julep in any manner that is likely to cause confusion among customers, or in any manner that disparages or discredits Julep. All other trademarks, product names and company names or logos cited herein are the property of their respective owners.

Product Information
Julep products displayed on the Sites may be available in select Julep retail stores in the U.S. All prices displayed on the Sites are quoted in U.S. Dollars and are valid and effective only in the U.S. If any minor uses any goods or product from Julep, it should be only after the legal or parental guardian has discussed the product with the minor's doctor. Reference to any products, services, processes or other information by trade name, trademark, manufacturer, supplier or otherwise does not constitute or imply endorsement, sponsorship or recommendation thereof by Julep.

All material and information presented by Julep is intended to be used for personal educational or informational purposes only. The statements made about products have not been evaluated by the U.S. Food and Drug Administration and the results reported, if any, may not necessarily occur in all individuals. The statements and products are not intended to diagnose, treat, cure or prevent any condition or disease. All products should be used strictly in accordance with their instructions, precautions and guidelines. You should always check the ingredients for products to avoid potential

allergic reactions. Use of the Sites is not meant to serve as a substitute for professional medical advice: these Sites are solely online stores for specialty beauty products. Please consult with your own physician or health care practitioner regarding the use of any goods, products or information received from the Sites before using or relying on them. Your physician or health care practitioner should address any and all medical questions, concerns and decisions regarding the possible treatment of any medical condition. Julep does not give or intend to give any answers to medical related questions and these Sites do not replace any medical professional or medical resource. Julep does not represent itself as a physician nor is this implied. No prescription medications or medical treatments are intentionally provided on the Sites. IF YOU ARE IN NEED OF MEDICAL ATTENTION, CALL 911 OR YOUR PHYSICIAN IMMEDIATELY.

The products available on the Sites and the Interactive Services, including any samples Julep may provide to you, are for your personal use only. You may not sell or resell any products you purchase or otherwise receive from Julep. Julep reserves the right, with or without notice, to cancel or reduce the quantity of any order to be filled or products to be provided to you that may result in a violation of these Terms of Use, as determined by Julep in its sole discretion.

Color Information
While Julep has tried to accurately display the colors of products, the actual colors you see will depend on your monitor and may not be accurate.

Responsibility for your Content
You are solely responsible for all content that you upload, post, email or otherwise transmit via or to the Sites, through our Interactive Services or otherwise, including the submission of product ratings and reviews and all other data, profile information, documents, text, software, applications, music, sound, photographs, graphics, video, messages, ratings, forum postings, comments, questions, answers or other materials (collectively, "Content"). We will not accept Content from you unless you are a registered user of the Sites.

Your Use of Content on the Sites and Limitation of Liability
Julep provides the Sites and the Interactive Services and all other applications and services on the Sites as a forum only. Julep is not liable for any statements, representations, or Content provided by its users in any public forum on the Sites or any Third Party Site, including without limitation through the Interactive Services. Any Content, if displayed, is displayed for entertainment and informational purposes only. More generally, Content posted via or on the Sites or any Third Party Site, including through the Interactive Services, is not controlled by Julep. Julep cannot guarantee the accuracy, integrity or quality of such Content. You understand that by using the Interactive Services, you may be exposed to Content that may be offensive, indecent or objectionable and Julep shall not be liable for any such Content and that the risk of harm or damage from the foregoing rests entirely with you. Under no circumstances will Julep be liable in any way for any Content, including, but not limited to, (i) any errors or omissions in any Content, or (ii) any loss or damage (including, without limitation, personal injury or property damage) of any kind incurred as a result of the use of any Content posted, emailed or otherwise transmitted via or to the Sites or through the Interactive Services.

You may access the Content and any other content on the Sites only as permitted under these Terms of Use and the Privacy Policy and you agree to not engage in the use, copying or distribution of any of the Content other than as expressly provided herein.

You agree not to circumvent, disable or otherwise interfere with security-related features of the Site or features that prevent or restrict use of any Content or enforce limitations on use of the Site or the Content therein. You may not interfere with or disrupt the Sites, or servers or networks connected to the Sites, or disobey any requirements, procedures, policies or regulations of networks connected to

the Sites, including by using any device, software or routine to bypass robot exclusion headers. Julep reserves all rights not expressly granted in and to the Content. When using the Interactive Services, you may not disrupt the normal flow of dialogue, cause a screen to "scroll" faster than other users are able to type, or otherwise act in a manner that negatively affects other users' ability to engage in real time exchanges.

Your Content Submissions

By submitting Content to Julep, you represent and warrant that:

- you understand you are participating in a public forum and that your Content will be available to all other users of the Sites, the Interactive Services and potentially Third Party Sites;

- you are the sole author and owner of the intellectual property and other rights thereto (or have the necessary licenses, rights, consents and permissions to use and authorize Julep to use all intellectual property and other rights thereto to enable inclusion and use of the Content in the manner contemplated by the Sites and these Terms of Use);
- all "moral rights" that you may have in such Content have been voluntarily waived by you and you do not require that any personally identifying information be used in connection with the Content that you submit, or any derivative works of or upgrades or updates thereto;
- all Content that you post is accurate;
- you are at least 13 years old and, if you are a minor, that you have obtained the consent of your parent or legal guardian to use the Site and agree to these Terms of Use; and that " use of the Content you supply does not violate these Terms of Use and will not cause injury to any person or entity.

You also represent and warrant that any Content you submit:

- is not false, inaccurate or misleading;

- does not harm minors;
- does not infringe any copyright, patent, trademark, trade secret or other proprietary rights or rights of publicity or privacy of any person or entity;
- does not violate any obligations you may have with respect to such Content under any law or under contractual or fiduciary relationships (such as, but not limited to, inside information, proprietary and confidential information learned or disclosed as part of employment relationships or under nondisclosure agreements);
- does not violate any law, statute, ordinance or regulation (including, but not limited to, those governing export control, consumer protection, unfair competition, anti-discrimination or false advertising);
- is not, or would not reasonably be considered to be, unlawful, harmful, defamatory, libelous, vulgar, obscene, invasive of another's privacy, hateful, racially or religiously biased or offensive, abusive, tortious, threatening or harassing to any individual, partnership or corporation;
- is not submitted for compensation or other consideration from any third party;
- does not include any information that references other websites, addresses, email addresses, contact information or phone numbers;
- complies in all respects with these Terms of Use, our Privacy Policy and all Guidelines and Rules;
- is not unsolicited or unauthorized advertising, promotional materials, "junk mail," "spam," "chain letters," "pyramid schemes," or any other form of solicitation; and

- does not contain any computer viruses, worms or other potentially damaging computer programs or files.

Julep does not endorse any Content or any opinion, recommendation or advice expressed therein, and Julep disclaims all liability with respect to the Content.

If your Content includes ideas, suggestions, documents or proposals to Julep through the Interactive Services, (a) such Content is not confidential or proprietary and Julep has no obligation of confidentiality, express or implied, with respect thereto; (b) Julep may have something similar to that Content already under consideration or development; and (c) you are not entitled to compensation, payment or reimbursement of any kind for such Content from Julep under any circumstances unless you are otherwise notified by Julep in writing.

For any Content that you submit, you grant Julep a worldwide, perpetual, irrevocable, royalty-free, sub-licensable and transferable right and license to use, reproduce, communicate, distribute, copy, modify, delete in its entirety, edit, adapt, publish, translate, publicly display, publicly perform, use, create derivative works from and/or sell and/or distribute such Content and/or incorporate such Content into any form, medium or technology whether now or hereafter known throughout the world without compensation to you. This license will survive the termination of these Terms of Use and your use of the Site.

Guidelines for Interactive Services
We want to know what you think of the products you've tried, bought, know and love and we encourage you to use our Interactive Services. When writing a review for the RR Service, posing a question on the Q&A Service or participating on BeautyTalk, please consider the following guidelines:

- Focus on the product and your individual experience using it;

- Provide details about why you like or dislike a product; and
- All submitted reviews, comments and questions are read by our moderators and are subject to these Terms of Use.

You may not use our Interactive Services to impersonate any person or entity, including, without limitation, any Julep official, forum leader, guide or host, or to falsely state or otherwise misrepresent your affiliation with a person or entity. You may not use the Interactive Services to collect or store personal data about other users.

As noted above, Julep reserves the right to not post a review or to withdraw a posted review for any reason. Your review will be excluded if it violates Guidelines or the provisions in these Terms of Use regarding submission of Content generally.

Third Party Content and Third Party Sites
Julep may provide content of third parties ("Third Party Content") or links to Third Party Sites as a service to those interested in this information. Julep does not monitor, approve or have any control over any Third Party Content or the Third Party Sites and the inclusion of links to Third Party Content or Third Party Sites does not imply any association or relationship between Julep and such third party. Julep does not guarantee, endorse or adopt the accuracy or completeness of any Third Party Content

or any Third Party Site. Julep is not responsible for updating or reviewing Third Party Content or Third Party Sites. You use Third Party Content and Third Party Sites at your own risk. Third Party Content, including comments from third party users submitted to Julep through the Interactive Services, do not necessarily reflect the views of Julep.

Mobile Services
If you access the Sites via your mobile device (through an iPhone application, for example), we do not currently charge for this access. Please be aware that your carrier's normal rates and fees, such as text messaging fees or data charges, will still apply.

Modification of Content
All Content that you submit is not confidential and may be used at Julep's sole discretion. Julep may or may not pre-screen Content. However, Julep and its designees will have the right (but not the obligation) in their sole discretion to pre-screen, change, condense or delete any Content on the Sites. In particular, Julep and its designees will have the right to remove any Content that Julep deems, in its sole discretion, to violate the Guidelines, or any other provision of these Terms of Use or is otherwise objectionable. Julep does not guarantee that you will have any recourse through Julep to edit or delete any Content you have submitted. Julep reserves the right to incorporate any Content you have submitted into any account you may have, now or in the future, as a registered user of the Sites. Ratings, written comments, questions and answers are generally posted within two to four business days. However, Julep reserves the right to remove or to refuse to post any submission for any reason. You acknowledge that you, not Julep, are responsible for the contents of any Content you submit. None of the Content that you submit shall be subject to any obligation of confidence on the part of Julep, its agents, subsidiaries, affiliates, partners or third-party service providers and their respective directors, officers and employees.

Reservation of Rights
Julep reserves the right, at any time, without notice and in its sole discretion, to terminate your license to use the Interactive Services and the Sites and to block or prevent your future access to and use of the Interactive Services and the Sites. Julep may access, preserve and disclose your account information and Content if required to do so by law or in a good faith belief that such access, preservation or disclosure is reasonably necessary to (i) comply with legal process, (ii) enforce these Terms of Use, (iii) respond to claims that any Content violates the rights of third parties, (iv) respond to your requests for customer service, or (v) protect the rights, property or personal safety of Julep and its employees, its users and the public.

JULEP MAVEN:

PLEASE READ THIS MEMBERSHIP AGREEMENT CAREFULLY
By using the Julep Maven website (the "Site"), you agree to follow and be bound by these terms of use (the "Terms of Use") and agree to comply with all applicable laws and regulations, including United States export and re-export control laws and regulations. In these Terms of Use, the words "you" and "your" refer to each Client or Site visitor, "we", "us" and "our" refer to Julep Maven.
It is your responsibility to review these Terms of Use periodically. If at any time you find these Terms of Use unacceptable or if you do not agree to these Terms of Use, please do not use this Site. We may revise these Terms of Use at any time without notice to you. If you have any questions about these Terms of Use, please contact us.

Registration And Membership
In order to enjoy all the benefits of membership, you must register and become a member of

the site. You may visit the site without registering. To register, complete the Julep Maven Style Quiz, use your valid email address and create a password to register your profile. At the time of initial registration, you have the option to become a member by providing payment and shipping information for your account. Once you have placed your first order, you become an official member. All information that you provide to register is subject to the Privacy Policy. You may cancel your membership at any time by logging in to 'My Account' and proceeding from there. If you have any questions please email: maven@julep.com or call 1-877-651-3292.

No Purchase Commitment
As a Julep Maven, you will be the first to receive new, never before released, colors and cutting edge treatment products that fit your look and need. Because we are adding new products all the time, you'll be sure to find lots of great items in every month's beauty editor Sneak Peek Box. Although the Julep Maven goal is to provide you with beauty editor treatment and style at an affordable price, there is no monthly commitment to be a member. You may skip the month or cancel your membership at any time.

You must provide and keep us up to date with accurate member information, including your name, address, credit card number and expiration dates. You agree that we may update your information with information your bank or credit card issuer may supply, or other information available to us. All such personal information is subject to the Privacy Policy, incorporated into this Agreement. We are not responsible for any fees or charges that your bank or credit card issuer may apply. If your credit card issuer reverses a charge to your credit card, we may bill your account directly and seek payment by another method including a mailed statement.

Monthly Selection
As a Julep Maven, each month you will receive a personalized beauty editor Sneak Peek Box containing a selection of Julep products specifically customized to your Julep Maven Style Profile and the magazine beauty editor style you most resemble. Your customized selection in your Sneak Peek Box may change every month. Accordingly, Julep Maven cannot guarantee that a selection available in a particular month will be available in any subsequent month.

Registered Users
As a Registered user of Julep Maven, you agree to receive emails promoting any special offer(s), including third party offers. We may from time to time send you our monthly newsletter.

Members
As a member of Julep Maven, you agree to receive emails, newsletters and other communications announcing your monthly Sneak Peek Box collection and promoting any special offer(s), including third party offers.
As a member, we will notify you of your upcoming beauty editor Sneak Peek Box on the 20th of the month by email. If you do not respond or change any information in 'My Account' on julep.com, we will send you the exact products in your email notification. If for whatever reason, you are not happy with your selection  you may request to receive another "shelf pull" and we will send you an alternate collection of handpicked customized products.  To request another "shelf pull", simply login to 'My Account' and select "New Shelf Pull". You have until the 25th of the month to notify us of your decision to request another selection of products.  You also have the option to send your Sneak Peek Box as a gift to a girlfriend,

sister, coworker, or anyone else free of charge.  Login to 'My Account' and select "Send My Box to a Girlfriend" by the 25th of the month and we will take care of the rest. Your selection will be sent according to our Shipping Policy to either your provided address or to one provided for a friend. Once you've purchased your first Sneak Peek Box, you automatically become a Julep Maven recurring member. In the case where you are still unsatisfied with the products you receive, please call: 1-877-651-3292 or email: maven@julep.com and we will take personal care of you. If at any time you wish not to receive the monthly editor's box, it is the user's responsibility to make this known by midnight on the 25th day off the month (5 days after the selection email will be received). In this case your credit card charge will be suspended until the following month when you will either choose to receive your Sneak Peek Box, gift it to a friend, or skip that month as well.

Please also refer to our How It Works section, for additional details.


BILLING AND PAYMENTS

Paying By Credit Card

For your convenience, when you place your first order and become an official member, we will save your credit or debit card information and use it for all future shipments and charges which will automatically be charged to your saved card, unless you notify us. We accept the following credit cards at this time: American Express, VISA, and MasterCard. For your convenience and continuous membership benefits as a client, if your payment method reaches its expiration date and you do not edit your credit card information or cancel your account, you authorize us to continue billing that credit card on file including extending the expiration date until we are notified by you or the credit card company that the account is no longer valid. We encourage you to constantly update your payment method information or cancel your account should you wish to discontinue your membership with us.

SHIPPING, RETURNS AND EXCHANGES

Shipping, return and exchange of any merchandise ordered through the Site or in connection with your membership are subject to the Julep Maven Shipping, Return and Exchange Policies.

Replacement of products for shipped merchandise claimed as not received are subject to our investigation, which may include postal-service notification. We will adjust your account at our discretion. Repeated claims of undelivered merchandise may result in the cancellation your membership.

RISK OF LOSS

The risk of loss and title for items purchased by you pass to you upon Julep Maven's delivery of the items to the carrier pursuant to the Julep Maven Shipping Policy.

LOCAL TAXES

You may be charged local sales tax, if applicable.

INTERNATIONAL ACCESS

This Site may be accessed from countries other than the United States. This Site may contain products or references to products that are not available outside of the United States. Any such references do not imply that such products will be made available outside the United States. If you access and use this Site outside the United States you are responsible for complying with your local laws and regulations.

MEMBERSHIP CANCELLATIONS

We will do everything to make your membership as satisfying as possible. However, you are free to cancel your membership any time by logging in to 'My Account' and proceeding from there. In order to terminate your membership, you must cancel your membership in 'My Account' by midnight on the 25th of the month, or the next month will be charged to your credit card and you will receive the Sneak Peek Box for that month, without possibility of a

refund. If you have any questions please email: maven@julep.com or call: 1-877-651-3292. We may terminate your membership, without notice, for conduct we believe violates this Agreement or our policies, is harmful to other Members or our business interests, or for an inactive account.

ADDITIONAL TERMS

By continuing your membership, you accept and agree to the terms of this Membership Agreement and any changes made by us to it once we notify you of these changes. If you do not wish to be bound by this Agreement, please see above for how to cancel your membership. Your edits or changes to either the online or offline versions of this Agreement or a membership offer will not be effective, regardless of form.

Disclaimer

Julep IS PROVIDING THE SITES, THEIR CONTENTS AND THE INTERACTIVE SERVICES ON AN "AS-IS" BASIS AND MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, WITH RESPECT TO THE OPERATION OF THE SITES OR INTERACTIVE SERVICES, THE INFORMATION, CONTENT, MATERIALS OR PRODUCTS, INCLUDED ON THE SITES OR AS PART OF THE INTERACTIVE SERVICES. TO THE FULLEST EXTENT PERMITTED BY LAW, Julep DISCLAIMS ALL SUCH REPRESENTATIONS AND WARRANTIES, INCLUDING FOR EXAMPLE WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. IN ADDITION, Julep DOES NOT REPRESENT OR WARRANT THAT THE INFORMATION ACCESSIBLE VIA THE SITES OR THE INTERACTIVE SERVICES IS ACCURATE, COMPLETE OR CURRENT. Price and availability information is subject to change without notice.

Julep WILL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING OUT OF OR IN CONNECTION WITH THE USE OF THE SITES OR THE INTERACTIVE SERVICES. THIS IS A COMPREHENSIVE LIMITATION OF LIABILITY THAT APPLIES TO ALL DAMAGES OF ANY KIND, INCLUDING BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, PUNITIVE OR CONSEQUENTIAL DAMAGES, LOSS OF DATA, INCOME OR PROFIT, LOSS OF OR DAMAGE TO PROPERTY AND CLAIMS OF THIRD PARTIES.

Indemnification

You agree to defend, indemnify and hold harmless Julep (and its officers, directors, agents, subsidiaries, joint ventures, employees and third-party service providers), from all claims, demands, losses, liabilities, costs, expenses, obligations and damages of every kind and nature, known and unknown, including reasonable legal fees, arising out of (a) your use of and access to the Sites and the Interactive Services; (b) your violation of any term of these Terms of Use; (c) a breach of your representations and warranties set forth above regarding Content; (d) your violation of any law or the rights of a third party (including, without limitation, any copyright, property or privacy right); or (e) any claim that any Content you submitted caused damage to a third party. This indemnification obligation will survive the termination of these Terms of Use and your use of the Sites and the Interactive Services.

Applicable Law

The Sites and Interactive Services are created and controlled by Julep in the State of Washington, U.S.A. As such, the laws of the State of Washington will govern these Terms of Use, without giving effect to any principles of conflicts of laws. Julep reserves the right to make changes to its Web site and these Terms of Use at any time.

Our Address
Julep Nail Parlor Company

P.O. Box 19523
Seattle, WA 98109

DMCA

If you believe your work or content has been copied and posted to the Sites in a way that constitutes copyright infringement, please provide Julep's designated copyright agent the following written information in accordance with the Digital Millennium Copyright Act (the "DMCA"):

- An electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest;

- A description of the copyrighted work that you claim has been infringed upon;
- A description of where the material that you claim is infringing is located on the Sites;
- A statement by you that you have a good-faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law;
- Your name, address, telephone number and email address (if available); and
- A statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or are authorized to act on the copyright owner's behalf.

Julep's DMCA designated copyright agent for notice of claims of copyright infringement on this Web site is our General Counsel, ???, who can be reached as follows:

Contact Info for legal claims?

Fraud Protection Program

As part of our order processing procedures, we screen all received orders for fraud or other types of unauthorized or illegal activity. We reserve the right to refuse to process an order due to suspected fraud or unauthorized or illegal activity. If such is the case, we may reject your order or our Customer Service department may call you at the phone number or email address you provided to confirm your order. We also reserve the right to cancel any accounts or refuse to ship to certain addresses due to suspected fraud or unauthorized or illegal activity. We take these measures to protect our customers as well as ourselves from fraud or other unauthorized or illegal activity.

General

Any claim or dispute between you and Julep that arises in whole or in part from the Sites or the Interactive Services shall be decided exclusively by a court of competent jurisdiction located in King County, Washington. If any provision of these Terms of Use is deemed invalid by a court of competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of these Terms of Use, which shall remain in full force and effect. No waiver of any term of these Terms of Use shall be deemed a further or continuing waiver of such term or any other term, and Julep's failure to assert any right or provision under these Terms of Use shall not constitute a waiver of such right or provision. It is the express wish of the parties that these Terms of Use and all related documents be drawn up in English. TO THE EXTENT PERMITTED BY APPLICABLE LAWS, YOU AND JULEP AGREE THAT ANY CAUSE OF ACTION ARISING OUT OF OR RELATED TO THE SITES AND THE INTERACTIVE SERVICES MUST COMMENCE WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES. OTHERWISE, SUCH CAUSE OF ACTION IS PERMANENTLY BARRED.

As Seen In...

Lucky magazine    **Us** WEEKLY    InStyle    **O** THE OPRAH MAGAZINE

allure


Maven Stories

## Shop with Us

- Nail Color
- Mani & Pedi Care
- Great Gifts
- My Account
- Returns & Exchanges
- Shipping Information
- Terms & Conditions
- Privacy Policy

## Visit Us

- Parlor Locations
- Parlor Events
- Parlor Menu ▸
  - Hands
  - Feet
  - Upgrades
  - Add-On to Any Mani or Pedi
  - Face
  - Add-On to Any Facial
  - Waxing
- Book an Appointment
- Parlor Memberships
- Parlor Parties
- Parlor Gift Cards

## Meet Us

- About Julep
- Meet Julep
- Powered by Girlfriends
- Julep Through Your Lens
- Contact Us
- Julep in the News
- Careers
- Share Julep with Your Girlfriends!

## About Julep

We are a hand, nail and foot care brand with four boutique nail parlors in the Seattle area. Founded on the belief that beauty is a connection, not a competition, Julep was created to celebrate the bond between girlfriends and the beauty of the human spirit. We have created a line of the most effective, toxin-free "Mani & Pedi Care" products and the latest runway-inspired nail colors.  Learn More →

Connect on Facebook Connect on Twitter

Our Parlors

Our Parlors

close

- Parlor Locations
- Book an Appointment
- Parlor Events

 JULEP

Create your Julep.com account: Register.

Already a registered user? Login.
Shopping cart is empty.
Julep.com (877) 651-3292 :: Parlors (877) 585-3707

[               ]    Go

- Nail Color
- Mani & Pedi Care
- Great Gifts
- Julep Maven
- Our Blog

# Shipping

Julep.com offers FREE STANDARD SHIPPING on all U.S. merchandise orders $40 and over (excluding taxes). For shipments totaling less than $40, the delivery charge depends on the weight of your purchases and the selected shipping method. Our standard shipping option is USPS Parcel Post. Orders over $40 always ship for free--no promotion code needed.

Business Days: Monday - Friday, excluding federal holidays within the United States.
UPS 3 Day, UPS 2nd Day Air and UPS Next Day Air Saver: Orders must be placed by 12pm Pacific Standard Time (PST) to be processed on the same business day.

Processing Time: Orders received between Monday and Friday are usually processed the same day or by the end of next business day. Orders received on Saturday are usually processed by the end of Tuesday and orders placed on Sunday are usually processed by end of day Wednesday. All expedited priority orders must be placed by noon Pacific Standard Time (PST) to be processed on the same business day. If placed after this, your order will be processed the following business day.

Hazardous Materials
Certain items considered hazardous materials (HAZMAT)--including aerosols and alcohol-based products such as pressurized spray cans, hairspray and nail polish remover--are required by the U.S.

http://www.julep.com/shipping

EXHIBIT

K

ALL-STATE LEGAL®

11/2/2011

Department of Transportation to be shipped by ground-only transport, due to air transport restrictions and regulations. For these shipments, we recommend UPS Ground. USPS Ground is also an option for shipments within the continental United States. For P.O. Box addresses, USPS Ground (Parcel Post) is the only shipping method available.

There is no delivery cost for shipping Julep eGift Certificates or parlor gift certificates, regardless of their face value.

Orders shipped to the West Coast can be expected much sooner than the estimated maximum delivery time. The majority of orders shipped to the West Coast can be expected within two to four business days.

As Seen in...









Maven Stories

## Shop with Us

- Nail Color
- Mani & Pedi Care
- Great Gifts
- My Account
- Returns & Exchanges
- Shipping Information
- Terms & Conditions
- Privacy Policy

## Visit Us

- Parlor Locations
- Parlor Events
- Parlor Menu ▸
  - ◦ Hands
  - ◦ Feet

- ○ Upgrades
- ○ Add-On to Any Mani or Pedi
- ○ Face
- ○ Add-On to Any Facial
- ○ Waxing
- Book an Appointment
- Parlor Memberships
- Parlor Parties
- Parlor Gift Cards

## Meet Us

- About Julep
- Meet Julep
- Powered by Girlfriends
- Julep Through Your Lens
- Contact Us
- Julep in the News
- Careers
- Share Julep with Your Girlfriends!

## About Julep

We are a hand, nail and foot care brand with four boutique nail parlors in the Seattle area. Founded on the belief that beauty is a connection, not a competition, Julep was created to celebrate the bond between girlfriends and the beauty of the human spirit. We have created a line of the most effective, toxin-free "Mani & Pedi Care" products and the latest runway-inspired nail colors.  Learn More →

Connect on Facebook Connect on Twitter