# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Zoya Company, et al., | ) | CASE NO. 1:11CV1702 |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| vs. | ) | <u>STIPULATED DISMISSAL ENTRY</u> |
| Julep Nail Parlor Company, | ) | |
| Defendant. | ) | |

We, the attorneys for the respective parties, do hereby stipulate that the above-captioned complaint is settled and dismissed with prejudice, each party to bear their own costs. Notice by the Clerk of Courts being hereby waived.

The Court retains jurisdiction over the settlement agreement.

_____
DAVID B. CUPAR
Attorneys for Plaintiffs

_____
George Carr
Attorneys for Defendant Julep Nail Parlor Company

**IT IS SO ORDERED.**

_____
**Dan Aaron Polster**
**United States District Judge**